UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 25-3895 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order of December 29, 2025, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Education (the "Agency"), by and through its undersigned counsel, respectfully submit this Joint Status Report in this case under Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("FOIA").

The Agency is conducting searches and working to obtain records responsive to Plaintiff's request. As of the date of this filing, the Agency has been able to identify 1,059 pages of records potentially responsive to Plaintiff's request. The 1,059 pages of documents are under review for responsiveness and redactions. These 1,059 pages of documents have also been designated under 34 CFR 5.11 as business information by the University of Michigan, and an opportunity for the University of Michigan to review and respond is required as part of the processing and production. The Agency continues to work through its searches and is coordinating with several programs on identifying records responsive to Plaintiff's request.

The Agency does not expect a motion for an *Open America* stay is likely in this case. The Agency will be in a position to provide the anticipated number of documents responsive to

Plaintiff's FOIA request and the anticipated dates for release of the documents after the Agency has completed its search.

The parties request this Court order a joint status report in 60-days, on April 23, 2026.

\* \* \*

| | |
|---|---|
| Dated: February 23, 2026 | Respectfully submitted, |
| /s/ *Lauren M. Burke*<br>LAUREN M. BURKE<br>D.C. Bar Number 1028811<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, D.C. 20004<br>Telephone: (202) 646-5194<br>lburke@judicialwatch.org<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br><br>By:   /s/   *Robert J. Morris, II*<br>ROBERT J. MORRIS, II, D.C. Bar #1719434<br>Assistant United States Attorney<br>U.S. Attorney's Office, District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2534<br>robert.morris@usdoj.gov<br><br>*Counsel for the United States of America* |